IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01309-RPM

SHERYL DOXIE,

    Plaintiff,

v.

FLATIRONS IMPORTS, INC.,

    Defendant.

_____

## ORDER DENYING PARTIAL MOTION TO DISMISS
_____

    The defendant filed a motion for partial dismissal on May 16, 2014, (Doc. 9) addressing the original complaint.  In addition to responding to that motion, the plaintiff filed an amended complaint on June 6, 2014, (Doc. 11).  The defendant answered on June 20, 2014, (Doc. 13).  The defendant's reply supporting the partial motion to dismiss addresses the amended complaint asserting it is insufficient.  It is now

    ORDERED, that the partial motion to dismiss is denied.

    DATED:   June 23rd, 2014

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior Judge