IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01309-RPM

SHERYL DOXIE,

    Plaintiff,

v.

FLATIRONS IMPORTS, INC.,

    Defendant.

_____

ORDER DISMISSING SECOND CLAIM FOR RELIEF
_____

Upon review of the Stipulation for Dismissal of Plaintiff's Second Claim for Relief [Doc. 27], it is

ORDERED that only the second claim for relief is dismissed without prejudice, each party to bear their own attorney fees and costs with respect to such claim.

DATED:   March 24th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge