IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01309-RPM

SHERYL DOXIE,

    Plaintiff,

v.

FLATIRONS IMPORTS, INC.,

    Defendant.

_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **October 19, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **http://www.cod.uscourts.gov/judges/judges.aspx.** It is

FURTHER ORDERED that a trial preparation conference is set for **September 18, 2015, at  2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   July 1st, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge