IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01309-RPM

SHERYL DOXIE,

    Plaintiff,

v.

FLATIRONS IMPORTS, INC.,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


    Pursuant to the Notice of Settlement [Doc. 33], the September 18, 2015, trial preparation conference and the October 19, 2015, trial date are vacated. The parties shall file a stipulation to dismiss this case on or before **September 15, 2015.**


DATED: September 8, 2015