IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01309-RPM

SHERYL DOXIE,

    Plaintiff,

v.

FLATIRONS IMPORTS, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the stipulation for dismissal with prejudice [Doc. 35] it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

DATED: September 15th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge